# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN LOVAN and ANGIE LOVAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:20-cv-03058-MDH |
| ) | |
| GENERAL MOTORS, LLC ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Justin Lovan and Angie Lovan and Defendant General Motors, LLC., by and through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of all claims asserted herein, with each party to bear its own attorneys' fees and costs.

Submitted by:

*/s/ David A. Brose*
J. Kent Emison, MO# 29721
David A. Brose, MO# 56244
**LANGDON & EMISON LLC**
911 Main Street
P.O. Box 220
Lexington, Missouri 64067
Telephone: (660) 259-6175
Facsimile: (660) 259-4571
kent@lelaw.com
david@lelaw.com
**ATTORNEYS FOR PLAINTIFFS**

/s/ Boyd White III
Michael P. Cooney
Boyd White III
**DYKEMA GOSSETT PLLC**
400 Renaissance Center
Detroit, MI 48243

1

(313) 568-6800
mcooney@dykema.com
BWhiteIII@dykema.com
MCooney@dykema.com

Timothy J. Hasken, MO 62929
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000
(314) 259-2020 Facsimile
SGStrauss@bclplaw.com
Tim.Hasken@bclplaw.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the Clerk of the United States District Court for the Western District of Missouri using the CM/ECF system. The Court's CM/ECF system will send an email notification of the foregoing to the above signed counsel.