IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JUSTIN LOVAN and ANGIE LOVAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 6:20-cv-03058-MDH |
| ) | |
| GENERAL MOTORS, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiffs' Stipulation of Dismissal With Prejudice (Doc. 17) wherein pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs stipulate to the dismissal, with prejudice, of all claims asserted in this case, with each party to bear its own attorneys' fees and costs.

WHEREFORE, after reviewing Plaintiffs' Stipulation of Dismissal With Prejudice, the Court hereby dismisses this case, in its entirety, with prejudice, and with each party to bear its own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: December 7, 2020

                                                         */s/ Douglas Harpool*
                                                      **DOUGLAS HARPOOL**
                                                     **UNITED STATES DISTRICT JUDGE**